IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARTON FORKOSH, *Plaintiff,* v. C. R. BARD, INC., and BARD PERIPHERAL VASCULAR, INC., *Defendants.* | Case No. 1:19-cv-02120-JJH Judge Jeffrey J. Helmick |

## ORDER

Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on February 17, 2022. The Parties stipulate and agree that the above-captioned case be dismissed *without prejudice,* with each party to bear its own costs. (*See,* Fed. R. Civ. P. 41(a)(1)(A)(ii)).

IT IS ORDERED that the case is hereby CLOSED.

SIGNED this __24__ day of __February__, 2022.

s/ Jeffrey J. Helmick
JUDGE JEFFREY J. HELMICK
UNITED STATES DISTRICT JUDGE